SOUTHERN DIVISION

CIVIL DOCKET

UNITED STATES DISTRICT COURT

Jury demand date:

FILED

2026 May-28  PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

D. C. Form No. 106A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| ANTHONY T. LEE; et al<br><br>Plaintiffs<br><br>UNITED STATES OF AMERICA<br><br>Plaintiff-intervenor<br>and Amicus Curiae<br><br>NATIONAL EDUCATION ASSOCIATION, INF.<br><br>Plaintiff-intervenor<br><br>vs.<br><br><br>TUSCUMBIA CITY SCHOOL SYSTEM | For plaintiff: U. W. Clemon -<br>Adams, Baker & Clemon<br>1600 The 2121 Building<br>Birmingham, AL  35203; Solomon S. Sea<br>Seay & Langford, 352 Dexter Ave., Mor<br>AL 36104; Jack Greenberg, NAACP Legal<br>& Education Fund, 10 Columbus Circle,<br>10019 for plffs<br><br>Wayman G. Sherrer, U.S. Attorney, Bha<br>Brian Landsberg, Dept of Justice, Civ<br>Div., Washington, D. C. 20530 for USA<br><br>Solomon S. Seay - Gray, Seay & Langfc<br>352 Dexter Ave., Montgomery 36104 for<br>(205) 269-2563<br><br><br>For defendant: |

| STATISTICAL RECORD | COSTS | | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | | | |
| J.S. 6 mailed | Marshal | | | | | |
| Basis of Action: | Docket fee | | | | | |
| | Witness fees | | | | | |
| Action arose at: | Depositions | | | | | |

FPI MI—1.3-72-100M-7199

| PROCEEDINGS | Date Order or Judgment Noted |
|---|---|
| Order that all parties interested show cause at a motion term of the Court to be held in the U. S. Court House, Birmingham, Alabama on June 21, 1974, at 3:00 P.M. why the attached order in the cases involving this school system of Fayette County, Franklin County, Lamar County, Marion County, Muscel Shoals City, Russellville City, Tuscumbia City, Winston County and Winfield City, dissolving the individual board members and the superintendents thereof and ently enjoining the above-named defendant school districts, the individual board members and the superintendents thereof from operating a dual system of racially identifiable schools, etc., and placing the actions pertaining to the above-named districts on the inactive docket of this Court subject to being re-activated on proper application by any party, or on the Court's motion should it appear that further proceedings are necessary and that service of a copy of this order to show cause, together with the attached proposed order, upon all parties interested herein on or before June 11, 1974 shall be deemed sufficient, filed and entered (Guin) - cm | |
| Order Judgment, dated February 19, 1975, dissolving the detailed regulatory injunctions issued by this Court and by the U. S. District Court for the Middle District of Alabama against this school system, the individual board members and the superintendents thereof, and Carbon Hill City, Fayette County, Franklin County, Lamar County, Marion County, Muscle Shoals City, Russellville City, Winston County and Winfield City, and permanently enjoining the above-named defendant school districts, etc. from operating a dual system of racially identifiable schools, etc., placing the actions pertaining to the above-named districts on the inactive docket of this court subject to being reactivated on proper application by any party, or on the Court's motion should it appear that further proceedings are necessary and the provisions of previous orders in this case as they relate to other defendants not named herein remain in full force and effect and are no way affected by this order, filed and entered (Guin) cm | |
| Motion (Joint) for dismissal with prejudice filed.. | |