FILED

2026 Jul-07  AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY T. LEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:26-mc-921-LCB** |
| | ) | **(2:70-cv-251-S)** |
| **TUSCUMBIA CITY SCHOOL** | ) | |
| **SYSTEM**, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## FINAL JUDGMENT

Consistent with Federal Rule of Civil Procedure 58 and the Order entered contemporaneously with this judgment, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is **ORDERED** to close the case.

**DONE** and **ORDERED** this July 7, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE